# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Mariann M George | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | Movant | |
| vs. | | NO. 18-11165 ref |
| Mariann M George | Debtor(s) | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA CAMRY, VIN: 4T4BF1FKXER413633  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

**Date: October 12, 2018**

United States Bankruptcy Judge.

cc: See attached service list

Mariann M George
512 Liberty Street
Emmaus, PA 18049

Joseph L. Quinn, The Law Office of Stephen Ross PC
152 East High Street, Suite 100
Pottstown, PA 19464

William C. Miller Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532