**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Mariann M. George | : Chapter 13 |
| | : Bankruptcy No.18-11165-ref |
| Debtor(s) | : |
| | : 11 U.S.C. § 362 |

Carrington Mortgage Services, LLC

                          Movant

      vs.

Mariann M. George

                          Debtor(s)
               and

SCOTT WATERMAN, ESQUIRE

                          Trustee
                    RESPONDENTS

**ORDER APPROVING STIPULATION/CONSENT ORDER**

And Now, upon consideration of the Stipulation between Debtors and Carrington Mortgage Services, LLC  it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of Court.

**Date: April 8, 2019**

_____
THE HONORABLE  RICHARD E. FEHLING
United States Bankruptcy Judge

CC:

SCOTT WATERMAN, ESQUIRE
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Joseph L. Quinn, Esquire
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464

Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Mariann M. George
512 Liberty Street
Emmaus, PA 18049