United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-11165-ref
Mariann M George                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith              Page 1 of 1              Date Rcvd: Apr 08, 2019
                               Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db            +Mariann M George,    512 Liberty Street,    Emmaus, PA 18049-2336
cr            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 02:54:36      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Debtor Mariann M George CourtNotices@sjr-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              SARAH K. MCCAFFERY    on behalf of Creditor    Carrington Mortgage Services, LLC
               smccaffery@squirelaw.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Mariann M. George | : Chapter 13 |
|  | : Bankruptcy No.18-11165-ref |
| Debtor(s) | : |
|  | : 11 U.S.C. § 362 |

Carrington Mortgage Services, LLC
                              Movant
          vs.
Mariann M. George

                              Debtor(s)
          and
SCOTT WATERMAN, ESQUIRE
                              Trustee
                              RESPONDENTS

**ORDER APPROVING STIPULATION/CONSENT ORDER**

And Now, upon consideration of the Stipulation between Debtors and Carrington Mortgage Services, LLC  it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of Court.

**Date: April 8, 2019**

_____
THE HONORABLE  RICHARD E. FEHLING
United States Bankruptcy Judge

CC:

SCOTT WATERMAN, ESQUIRE
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Joseph L. Quinn, Esquire
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464

Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue, Suite 104
Jenkintown, PA 19046

Mariann M. George
512 Liberty Street
Emmaus, PA 18049