**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Mariann M. George<br><br>                                  Debtor | Chapter: 13<br><br>Bankruptcy No.: 18-11165 pmm<br><br>11 U.S.C. § 362 |

Carrington Mortgage Services, LLC

                              Movant

                vs.

Mariann M. George

                              Debtor

            and

Scott F. Waterman

                              Trustee

                            RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**

AND NOW,   upon   consideration   of Movant's Motion for Relief from the Automatic Stay; it is hereby

**ORDERED** that the Automatic Stay of all proceedings, as provided under § 362 of the Bankruptcy Reform Act of 2005, 11 U.S. C. § 362, as amended, is vacated with respect to the mortgaged premises situated at 512 Liberty St., Emmuas, PA 18049, ("Property") as to allow Movant to exercise its rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001 (a)(3).

                                                                 BY THE COURT:

**Date: March 18, 2020**

                                                       _____
                                                       Honorable Patricia M. Mayer
                                                       United States Bankruptcy Judge