United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11165-pmm
Mariann M George                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey          Page 1 of 1          Date Rcvd: Mar 18, 2020
                              Form ID: pdf900       Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db            +Mariann M George,   512 Liberty Street,   Emmaus, PA 18049-2336
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:21:46
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:19      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2020 04:17:12      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
          CHANDRA M. ARKEMA    on behalf of Creditor   Carrington Mortgage Services, LLC
           carkema@squirelaw.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JOSEPH L QUINN    on behalf of Debtor Mariann M George CourtNotices@rqplaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          SARAH K. MCCAFFERY    on behalf of Creditor   Carrington Mortgage Services, LLC
           sarah.mccaffery@powerskirn.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                 TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Mariann M. George

Chapter: 13

Bankruptcy No.: 18-11165 pmm

11 U.S.C. § 362

                                        Debtor

Carrington Mortgage Services, LLC

                                        Movant

                vs.

Mariann M. George

                                        Debtor

            and

Scott F. Waterman

                                        Trustee

RESPONDENTS

### ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. § 362

AND NOW,    upon    consideration    of Movant's Motion for Relief from the Automatic Stay; it is hereby

**ORDERED** that the Automatic Stay of all proceedings, as provided under § 362 of the Bankruptcy Reform Act of 2005, 11 U.S. C. § 362, as amended, is vacated with respect to the mortgaged premises situated at 512 Liberty St., Emmuas, PA 18049, ("Property") as to allow Movant to exercise its rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001 (a)(3).

BY THE COURT:

**Date: March 18, 2020**

_Patricia M. Mayer_

Honorable Patricia M. Mayer
United States Bankruptcy Judge