| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-11165-PMM

MARIANN M  GEORGE
512 LIBERTY STREET
EMMAUS  PA    18049

Petition Filed Date: 02/22/2018
341 Hearing Date: 04/24/2018
Confirmation Date: 08/16/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $150.00 | | 02/25/2019 | $150.00 | | 03/21/2019 | $150.00 | |
| 04/25/2019 | $150.00 | | 05/24/2019 | $150.00 | | 06/19/2019 | $150.00 | |
| 07/22/2019 | $150.00 | | 08/30/2019 | $150.00 | Monthly Plan P | 10/01/2019 | $150.00 | |
| 10/30/2019 | $150.00 | | 12/04/2019 | $150.00 | | 12/31/2019 | $150.00 | |
| 02/05/2020 | $150.00 | | | | | | | |

**Total Receipts for the Period: $1,950.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | BECKET & LEE, LLP  »» 005 | Unsecured Creditors | $686.59 | $0.00 | $686.59 |
| 3 | CARRINGTON MORTGAGE SERVICES LLC  »» 003 | Mortgage Arrears | $748.74 | $0.00 | $748.74 |
| 7 | LVNV FUNDING LLC  »» 007 | Unsecured Creditors | $1,517.93 | $0.00 | $1,517.93 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 008 | Unsecured Creditors | $1,838.49 | $0.00 | $1,838.49 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 009 | Unsecured Creditors | $2,044.14 | $0.00 | $2,044.14 |
| 4 | MOMA FUNDING LLC  »» 004 | Unsecured Creditors | $1,745.39 | $0.00 | $1,745.39 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES  »» 006 | Unsecured Creditors | $2,122.52 | $0.00 | $2,122.52 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES  »» 002 | Unsecured Creditors | $2,184.94 | $0.00 | $2,184.94 |
| 1 | TOYOTA MOTOR CREDIT CORP  »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | TOYOTA MOTOR CREDIT CORP  »» 01U | Unsecured Creditors | $3,519.44 | $0.00 | $3,519.44 |
| 10 | ROSS, QUINN & PLOPPERT, P.C.  »» 010 | Attorney Fees | $3,525.00 | $3,164.85 | $360.15 |

**Chapter 13 Case No. 18-11165-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,450.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $3,164.85 | Arrearages: | $900.00 |
| Paid to Trustee: | $285.15 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.