**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Mariann M George,   :   Chapter 13
                    Debtor   :   No. : 18-11165-pmm
                             :

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor Mariann M George, effective immediately, to:

35 S. 6th Street, Apt 1

Emmaus, PA 18049

ROSS, QUINN & PLOPPERT, P.C.

By:   /s/ Joseph Quinn
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@rqplaw.com

Date: August 21, 2020