<pre>
Case 18-11165-pmm    Doc 55    Filed 09/12/20    Entered 09/13/20 00:40:58    Desc Imaged
                               Certificate of Notice    Page 1 of 3
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania

In re:                                                              Case No. 18-11165-pmm
Mariann M George                                                    Chapter 13
        Debtor                      CERTIFICATE OF NOTICE

District/off: 0313-4         User: Randi              Page 1 of 2              Date Rcvd: Sep 10, 2020
                             Form ID: pdf900          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db             +Mariann M George,    35 S. 6th St. Apt. 1,    Emmaus, PA 18049-3718
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
14060271        Bank of America, N.A.,    PO Box 31785,    Tampa, 33631-3785
14060272       +Cap1/justice,   Po Box 30253,    Salt Lake City, UT 84130-0253
14089337        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14060274       +Carrington Mortgage Services, LLC,    P.O. Box 5001,    Westfield, IN 46074-5001
14060276       +Comenitybk/a&f,    Po Box 182789,   Columbus, OH 43218-2789
14060277       +Financial Recovery,    200 East Park Drive,    Mount Laurel, NJ 08054-1297
14060279        Law Office of Frederic I Weinberg & Asso,    375 Elm Street,    Conshohocken, PA 19428
14103098       #+Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
14060282       +PPL Electric Utilities,    2 North 9th Street CPC-GENN1,    Allentown, PA 18101-1179
14247963        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14073335       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
14199950       +Toyota Lease Trust,    KML Law Group, P.C.,    710 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-2312
14060285       +Toyota Motor Credit Corporation,    Po Box 9786,    Cedar Rapids, IA 52409-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 11 2020 04:58:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 11 2020 04:58:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 05:07:26     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14060273        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2020 05:07:53     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14078290       +E-mail/Text: BKBCNMAIL@carringtonms.com Sep 11 2020 04:57:49
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,,   Anaheim, CA 92806-5951
14060275       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 11 2020 04:57:58     Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
14060278       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 11 2020 04:57:51     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14060280        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2020 05:07:57     LVNV Funding,
                 PO Box 10587,    Greenville, SC 29603-0587
14098433        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2020 05:07:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14308219       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2020 05:07:43
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC 29603-0587
14099193       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 11 2020 04:58:12     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14060281        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2020 05:07:28
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
14073885        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2020 05:07:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14089209        E-mail/Text: bnc-quantum@quantum3group.com Sep 11 2020 04:58:01
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
14060283       +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Sep 11 2020 04:58:32
                 Receivables Management,    1809 N Broadway St,    Greensburg, IN 47240-8217
14060284       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 05:07:25     Syncb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
14061240       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2020 05:07:26     Synchrony Bank,
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
</pre>

```
District/off: 0313-4          User: Randi                 Page 2 of 2                  Date Rcvd: Sep 10, 2020
                              Form ID: pdf900             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
              CHANDRA M. ARKEMA    on behalf of Creditor    Carrington Mortgage Services, LLC
               carkema@squirelaw.com,  vcosme@squirelaw.com,jberry@squirelaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH L QUINN    on behalf of Debtor Mariann M George CourtNotices@rqplaw.com
              JOSEPH L QUINN    on behalf of Creditor    Carrington Mortgage Services, LLC CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              SARAH K. MCCAFFERY    on behalf of Creditor    Carrington Mortgage Services, LLC
               bankruptcy@powerskirn.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>MARIANN M GEORGE<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 18-11165-PMM |
|---|---|

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 10, 2020**

_/s/ Patricia M. Mayer/_
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE